**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 10-6528**

───────────

WAYNE D. BUTTS,

            Plaintiff - Appellant,

      v.

DR. OFOGH, Physician; DR. TRIMBUR, Asst. Physician; NURSE
CUNNINGHAM, Medical Director; MS. MCZEAL, LPN/Nurse; MS.
HICKS, LPN/Nurse; MRS. SPRAGANS, LPN/Nurse,

            Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:09-cv-00140-JBF-FBS)

───────────

Submitted:  July 27, 2010            Decided:  August 6, 2010

───────────

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Wayne D. Butts, Appellant Pro Se.  Leslie A. Winneberger, BEALE,
BALFOUR, DAVIDSON & ETHERINGTON, PC, Richmond, Virginia, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne D. Butts appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Butts v. Ofogh, No. 2:09-cv-00140-JBF-FBS (E.D. Va. Mar. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED